UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIM LEE SYKES,

Plaintiff,

v.

JANET RENO; KATHLEEN HAWK; MICHAEL ISSACSON, Unit Manager; J.W. TIPPY; DEANNA HILLER, Case Manager, JENNIFER FULTZ, Warden; R.L. STIFF, Warden; G.L. HERSHBERGER, Regional Director, BOP; WENDY ROAL, Administrator National Inmate Appeal, BOP;

Defendants.

CIVIL NO. 00-80 (DWF/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery/Nondispositive Motions

May 1, 2000 - All discovery of any kind shall be commenced in time to be completed by this date.

May 1, 2000 - All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. All nondispositive motions will be considered on the written pleadings without oral argument, unless the Court determines there is a specific need to hold such a hearing.

FILED JAN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dispositive Motions/Trial

June 1, 2000 - All dispositive motions shall be served and filed by the parties in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). All dispositive motions will be considered on the written pleadings without oral argument, unless the Court determines there is a specific need to hold such a hearing.

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than July 1, 2000.

Dated: January 27, 2000

JOHN M. MASON
United States Magistrate Judge

For Immediate Release
January 3, 2000

# PRESS RELEASE

UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

## FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100