UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIM LEE SYKES, Civ. No. 00-80 (DWF/JMM)

Plaintiff,

v. ORDER

JANET RENO; KATHLEEN HAWK; MICHAEL ISSACSON, Unit Manager; J.W. TIPPY; DEANNA HILLER, Case Manager; JENNIFER FULTZ, Warden; R.L. STIFF, Warden; G.L. HERSHBERGER, Regional Director, BOP; WENDY ROAL, Administrator, National Inmate Systems Appeal, BOP,

Defendants.

Plaintiff commenced this action on October 28, 1998 in the United States District Court for the District of Columbia [Docket No. 1]. On November 22, 1999, that Court transferred the matter to the United States District Court for the District of Minnesota [Docket No. 44 ]. In a separate Report and Recommendation issued today, this Court recommended that Plaintiff's Request for a Default [Docket No. 49] be denied, because of the pendency of Defendants' Motion to Dismiss or for Summary Judgment. Plaintiff has filed numerous other Motions which are resolved by this Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1. The Pretrial Scheduling Order dated January 27, 2000 [Docket No. 47] is withdrawn. A new Scheduling Order will issue, if appropriate, after consideration of dispositive motions.

2. Plaintiff's Request for Early Judicial Supervision [Docket No. 48] is

FILED MAR 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

granted. This Order establishes the process by which initial pretrial activity shall proceed herein.

3. Plaintiff's "Motion to Amend and Supplicate" [Docket No. 21] is granted. Plaintiff's Complaint shall be deemed a Second Amended Complaint.

4. No later than April 17, 2000, Defendants shall file an Answer to the Second Amended Complaint as so amended, or a Motion to Dismiss or for Summary Judgment directed at the Second Amended Complaint, in compliance with the provisions of Local Rule 7.

5. Defendants' present Motion to Dismiss or for Summary Judgment [Docket No. 40] shall be withdrawn upon the filing of Defendants' new Motion or other response to Plaintiff's Second Amended Complaint

6. If Defendants file a Motion to Dismiss or for Summary Judgment, it shall be presented in accordance with the following process:

A. Defendants shall serve upon Plaintiff and file with the Court Motions to Dismiss or for Summary Judgment, together with accompanying Memorandum, Affidavits and Exhibits, no later than April 17, 2000;

B. No later than May 8, 2000, Plaintiff shall serve upon counsel for Defendants and file with the Clerk of Court a Memorandum, Affidavits or other materials responsive to Defendants' Motion to Dismiss or for Summary Judgment which substantiate facts and law showing that there is a genuine issue of material fact and that Defendants are not entitled to have Plaintiff's case dismissed as a matter of law.

C. Defendants may serve upon Plaintiff and file with the Court a Reply Memorandum of Law no later than May 19, 2000.

D. The Motion to Dismiss or for Summary Judgment shall thereupon be decided on the written pleadings without oral argument.

7. The parties shall seek no discovery, nor file any motions or other pleadings except as specified by this Order, until further Order of this Court.

8. Plaintiff's Motion for Reconsideration of Order Directing the Clerk to Issue Summons with a Copy of the Amended Complaint [Docket No. 33] and Motion for Case not to be Transferred [Docket No. 34] are denied.

9. All of the remaining pending Motions are denied, without prejudice to the right of the party to renew the Motion if the Defendants' Motion to Dismiss or for Summary Judgment is denied. As a consequence, the following Motions are denied without prejudice: Plaintiff's Motion for Attorney Fee Against Defendants [Docket No. 19] Motion for Permanent Injunction and Notice for Injunctive Relief Against Enforcement of Statutes, Ordinances, Administrative Orders, and Unauthorized Contracts [Docket No. 22]; Motion to Prohibit Federal Employees/Defendants from Seeking Legal Representation from the U.S. Department of Justice Due to a Conflict of Interest, and For Reconsideration of Order Directing the Clerk to Issue Summons with a Copy of the Amended Complaint [Docket No. 23]; Motion to Prohibit Federal Employees from Seeking Legal Representation [Docket No. 32]; Demand for Jury Trial [Docket No. 35]; Notice for Statutory/Constitutional Lien by Plaintiff [Docket No. 36]; Motion for Discovery [Docket No. 45]; and Motion for Interrogatories [Docket No. 46]

Dated: March 14, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

We have granted Plaintiff's Motion for Early Judicial Supervision. We conclude that the Pretrial Scheduling Order should be withdrawn at this time, in preference to a procedure by which the sufficiency of Plaintiff's Complaint is first tested. At the time of transfer of this case, the merits of Defendants' Motion to Dismiss or for Summary Judgment had not been fully resolved. By this Order, we describe the process by which Defendants may renew that Motion, insuring that Plaintiff will have a full opportunity to respond.

We have denied Plaintiff's other Motions without prejudice, to implement the process by which the dispositive motions are considered first. If the contemplated Motion to Dismiss or for Summary Judgment is denied, Plaintiff will be allowed to resubmit any Motions which are merited. If it is granted, Plaintiff will be permitted to pursue appropriate remedies in response to such an Order.

J.M.M.