UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIM LEE SYKES, Civ. No. 00-80 (DWF/JMM)

Plaintiff,

v.

ORDER

JANET RENO; KATHLEEN HAWK; MICHAEL ISSACSON, Unit Manager; J.W. TIPPY; DEANNA HILLER, Case Manager; JENNIFER FULTZ, Warden; R.L. STIFF, Warden; G.L. HERSHBERGER, Regional Director, BOP; WENDY ROAL, Administrator, National Inmate Systems Appeal, BOP,

Defendants.

This matter is before the Court upon Defendants' Motion for Order Requiring Plaintiff to File Second Amended Complaint and for Extension of Time to Answer. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1. The Motion for Order Requiring Plaintiff to File Second Amended Complaint and for Extension of Time to Answer is granted in part and denied in part.

A. As noted in paragraph 3 of the Order of this Court dated March 14, 2000: "Plaintiff's 'Motion to Amend and Supplicate' [Docket No. 21] is granted. Plaintiff's Complaint shall be deemed a Second Amended Complaint." The Second Amended Complaint is thus Docket No. 1 as amended by adding Defendants [Docket Nos. 13, 20] and by the allegations in Docket No. 21.

FILED APR 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendants may have to and including May 1, 2000 to file and serve an Answer to the Second Amended Complaint or to file and serve a Motion to Dismiss or for Summary Judgment.

Dated: April 7, 2000

JOHN M. MASON
United States Magistrate Judge