UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

RECEIVED
APR 28 2000
CLERK U.S. DIST. COURT
ST. PAUL, MN.

| | |
|---|---|
| Kim Lee Sykes, Plaintiff, | ) |
| v. | ) Civil Action No. 00-80(DWF/JMM) |
| Janet Reno et, al., Defendants, | ) |

**PLAINTIFF'S NOTICE AND REQUEST FOR**

**INTERLOCUTORY APPEAL PERSUANT TO**

**TITLE 28 U.S.C.A. § 1292**

Comes now Plaintiff, Kim Lee Sykes, Pro Se, in this notice and request for interlocutory appeal persuant to Title 28 U.S.C.A § 1292.

It is the plaintiff's question of law and position that the United States Magistrate Judge John M. Mason's report and Recommendation dated March 14, 2000 is invalid and must be as a matter of law procedurally barred for not stating the **jurisdiction** in which he derives his authority to preside over instant case.

District Court Judge Donovan W. Frank's order dated April 21, 2000 states that the court adopts the magistrate judge John M. Mason's Report and Recommendation dated March 14, 2000 (Doc. No. 51) despite the fact that plaintiff has filed a detailed BRIEF AND MEMORANDUM OF OBJECTIONS TO MAGISTRATE JUDGE'S PROPOSED REPORT AND

RECEIVED 4.28.00
FILED
FRANCIS E. DOSAL, CLERK
APR 28 2000
JUDGMENT ENTERED
DEPUTY CLERK JEM
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

MENDATIONS AND FINDINGS OF FACT. Many of Plaintiffs issues which involved very serious questions of law and the magistrate judge's **inconsistentcy** with **judciary procedure** and violates **due process.**

The District Court Judge supports the magistrate judge's Report, Recommendations, and Findings of Fact even though he has **vacated, modifided,** and or **departed** from a prior order issued by a United States District Judge from the District of Columbia. Judge Donovan W. Frank's order dated April 21, 2000 involves a controlling Question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of litigation.

Plaintiff's **objections** to Magistrate Judge's Report, Recommendations, and Findings of Fact, and **Order** issued separately were **not** addressed by District Judge Donovan W. Frank in his order of April 21, 2000. Specifically, plaintiff **does not consent** to a **Second Motion to Dismiss, or in the alternative, for Summary Judgement.** If there shall be a second motion to dismiss, it should be relative to issues not already **DENIED** previously in another court [See Doc. No. 40].

Magistrate Judge is in **clear error** for stating in "Separate Order" issued March 14, 2000, "All of the remaining pending Motions are denied, without prejudice to the right of the party to renew the Motion if the Defendants' Motion to Dismiss or for Summary Judgement is denied. The magistrate judge did not provide any reason for his **sua sponte dismissal** of pending motions. The magistrate judge did not address the **merits** of any of the pending motions.

The dismissal of the pending motion was inconsistent with Title **28 U.S.C.A. § 636(b)(1)(A);** a judge may designate a magistrate to hear and determine any pretrial matter pending before the court, except a **motion for injunctive relief, for judgement on the pleadings, for summary judgement, to dismiss or quash and indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or permit maintenance in a criminal case, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action.** [in relevant part] Plaintiff does have several of the aforementioned motions on the courts docket and the magistrate was without authority to dismiss them for any reason as stated in **28 U.S.C.A. § 636(b)(1)(A).** Judge Donovan W. Frank's order and **MEMORANDUM** was void of these and many other issues involving questions of law. Plaintiff respectfully requests for this interlocutory appeal persuant to title 28 U.S.C.A. § 1291, 1292.

Plaintiff requests that his BRIEF AND MEMORANDUM OF OBJECTIONS TO MAGISTRATE JUDGE'S PROPOSED REPORT, RECOMMENDATIONS, AND FINDINGS OF FACT be reviewed in this interlocutory appeal.

It is so prayed in the interest of justice that this appeal will ge granted by this honorable Court of Appeals for the Eighth Circuit.

Sincerely,

4/26/2000

Kim Lee Sykes Reg. No. 20387-039
Federal Correctional Institution
P.O. BOx 1500
Waseca, Minnesota 56093