UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-80 DWF/JMM

KIM LEE SYKES,

Plaintiff,

v.

JANET RENO; KATHLEEN HAWK; MICHAEL ISSACSON, Unit Manager; J.W. TIPPY; DEANNA HILLER, Case Manager; JENNIFER FULTZ, Warden; R.L. STIFF, Warden; G.L. HERSHBERGER, Regional Director BOP; WENDY ROAD, Administrator, National Inmate Systems Appeal, BOP,

Defendants.

ORDER

Pursuant to F.R. Civ. P. (6)(b)(2), and for good cause shown, it is hereby

ORDERED that Defendants shall answer or otherwise respond to plaintiff's second amended complaint on or before ~~June 26,~~ June 6 JMM 2000, nunc pro tunc to May 1, 2000.

Dated: 5/25/00

JOHN M. MASON
United States Magistrate Judge

FILED MAY 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______