**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kim Lee Sykes,

Plaintiff,

v.

Janet Reno; Kathleen Hawk, sued as Kathleen Hawk Sawyer; Michael Issacson, Unit Manager; J.W. Tippy; Deanna Hiller, Case Manager, Federal Correctional Institution; Jennifer Fultz, Warden, Correctional Institute, Bureau of Prisons; R.L. Stiff, Warden, Correctional Institute, Bureau of Prisons; G.L. Hershberger, Regional Director, Bureau of Prisons; and Wendy Roal, sued as Wendy J. Roal, Administrator National Inmate Appeal, Bureau of Prisons,

Defendants.

Civil No. 00-80 (DWF/JMM)

**ORDER**

---

Kim Lee Sykes, #203837-039, Federal Correctional Institution, Box 1500, Waseca, MN 56093-0741, pro se, Plaintiff..

Lonnie F. Bryan, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Defendant.

---

This matter is before the Court upon the Plaintiff's motion to resist United States Magistrate Judge John M. Mason's order dated April 7, 2000, in which Magistrate Mason granted in part and denied in part the Defendants' motion for an order requiring Plaintiff to file a second amended complaint and for an extension of time to answer the complaint. For purposes of this order, the Court deems the Plaintiff's motion to be objections to Magistrate Judge Mason's order of April 7, 2000.

FILED JUN 0 7 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court has again conducted a *de novo* review of the record, including reviewing all objections and motions filed and made by the Plaintiff to the orders of Magistrate Judge Mason. This Court previously filed an order on April 21, 2000 (Doc. No. 58).

Based upon all submissions made to the Court, including the *de novo* review by this Court of the record and contents of the Court's file in this matter and the Plaintiff's motion to resist the order requiring the Plaintiff to serve and file a second amended complaint and for extension of time to answer, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Magistrate Judge John M. Mason's order filed on April 7, 2000 (Doc. No. 57), is **ADOPTED**.

2. The Plaintiff's Motion to Resist Order Requiring Plaintiff to Serve and File Second Amended Complaint and for Extension of Time to Answer (Doc. No. 56) is **DENIED**.

3. That all existing orders of the Court, including this Court's order filed on April 21, 2000 (Doc. No. 58) shall remain in full force and effect.

Dated: June 7, 2000

DONOVAN W. FRANK
Judge of United States District Court