UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIM LEE SYKES,

Plaintiff,

v.

JANET RENO; KATHLEEN HAWK; MICHAEL ISSACSON, Unit Manager; J.W. TIPPY; DEANNA HILLER, Case Manager; JENNIFER FULTZ, Warden; R.L. STIFF, Warden; G.L. HERSHBERGER, Regional Director, BOP; WENDY ROAL, Administrator, National Inmate Systems Appeal, BOP,

Defendants.

CIVIL NO. 00-80 (DWF/JMM)

ORDER

On June 6, 2000, Defendants filed a Motion to Dismiss Plaintiff's Complaint. [Docket No. 62]. This Order establishes a process by which Plaintiff shall submit a Response to the Motion, and by which Defendant may submit a Reply Memorandum.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1. No later than July 7, 2000, Plaintiff shall serve upon Defendants, and file with the Clerk of Court, a Response to Defendants' Motion to Dismiss.

2. No later than July 21, 2000, Defendants may serve upon Plaintiff, and file with the Clerk, of Court a Reply Memorandum.

3. The Motion for Dismissal and Summary Judgment [Docket No. 14] shall be taken under advisement as of July 21, 2000. The parties shall thereafter await the further Order of this Court.

Dated: June 12, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUN 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________