UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIM LEE SYKES,

Plaintiff,

v.

JANET RENO, KATHLEEN HAWK, MICHAEL ISSACSON, J.W. TIPPY, DEANNA HILLER, JENNIFER FULTZ, R.L. STIFF, G.L. HERSHBERGER, and WENDY ROAL,

Defendants.

CIVIL NO. 00-80 (DWF/JMM)

ORDER

The above matter is before the undersigned upon Plaintiff's Motion to Return Defendant's Reply Brief as Unfiled. [Docket No. 73]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Return Defendant's Reply Brief as Unfiled [Docket No. 73] is denied.

Dated: October 16, 2000

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Plaintiff asks that we strike Defendant's Reply Brief [Docket No. 71] "due to procedural error and failure to provide 'Certificate of Service' pursuant to [Fed. R. Civ. P. 5(d)]." However, the Court file contains a signed Certificate of Service stating that the Reply was served on Plaintiff, by mail, on July 21, 2000. [Docket No. 71].

J.M.M.
FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK