# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kim Lee Sykes

Plaintiff

v.

Janet Reno, Kathleen Hawk, Michael Issacson,
J.W. Tippy, Deanna Hiller, Jennifer Fultz,
R.L. Stiff, G.L. Herschberger, Wendy Roal

Defendants

Case No. Civil 00-80 DWF/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the recommendations set forth in Magistrate Judge John M. Mason's Report and Recommendation dated 10/16/00 are adopted. Plaintiff's request for default judgment is denied. Defendant's motion to dismiss is granted.

DATE: December 1, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk